# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Teshae Hanna (DOB: ████ 1999)<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 21-994M(NJ)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 15, 2021__ in the county of __Milwaukee__ in the
__Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | (unlawful possession of an unregistered machinegun) |
| 26 U.S.C. §§ 5861(c) and 5845(b) | (possession of a firearm made in violation of the National Firearms Act) |

This criminal complaint is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

RICHARD CONNORS
Digitally signed by RICHARD CONNORS
Date: 2021.09.30 09:47:59 -05'00'

*Complainant's signature*

Richard E. Connors, Special Agent (ATF)
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 09/30/2021

*Judge's signature*

City and state: Milwaukee, Wisconsin

Nancy Joseph, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Richard E. Connors, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with the United States Department of Justice's Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") assigned to the Milwaukee Field Office since October 2015. I have received training at the Federal Law Enforcement Training Center in Glynco, Georgia. I attended the Criminal Investigator Training Program and ATF's Special Agent Training Program. Prior to becoming a Special Agent with the ATF, I received two bachelor's degrees from Northern Illinois University in the fields of Sociology and International Relations. I received a master's degree from Northern Illinois University in the field of American Government.

2. I have received training in the investigation of firearm and drug trafficking. Based on my training, experience, and participation in trafficking investigations, I know the following:

   a. I have experience conducting street surveillance of individuals engaged in firearm and drug trafficking. I have participated in the execution of numerous search warrants where drugs, firearms, ammunition, and magazines have been seized;

   b. I know that firearm and drug traffickers often use electronic equipment to conduct these operations;

   c. I know that firearm and drug traffickers commonly have in their possession, and at their residences and other locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such; and

   d. I have received training in the identification of machinegun conversion devices,

which convert a semi-automatic firearm into a fully-automatic firearm, subject to the National Firearms Act.

3. The information set forth in this affidavit comes from my personal involvement in this investigation, along with information provided to me by other law enforcement officers.

4. This affidavit is submitted for the limited purpose of establishing probable cause to believe that on or about March 15, 2021, in the State and Eastern District of Wisconsin, Teshae Hanna (DOB: 09/23/1999) committed violations of 18 U.S.C. § 922(o) (unlawful possession of an unregistered machinegun) and 26 U.S.C. §§ 5861(c) and 5845(b) (possession of a firearm made in violation of the National Firearms Act), for the issuance of a criminal complaint.

## **PROBABLE CAUSE**

5. In March 2021, case agents obtained law enforcement reports about Teshae Hanna's prior arrests, which revealed that he was arrested on an outstanding bench warrant on November 24, 2020, which led to the recovery of heroin, cocaine, and a firearm. On November 18, 2020, the Dane County Sheriff's Department entered a bench warrant for the arrest of Teshae Hanna for failing to appear for Dane County Case No. 2020CF000928, which charged Teshae Hanna with committing an armed robbery. On November 24, 2020, law enforcement officers assigned to the Milwaukee Police Department's Special Investigations Division and Tactical Enforcement Unit (TEU) went to the address of 1109 North 18th Street, Apartment 910, Milwaukee, Wisconsin to locate Teshae Hanna.

6. During the investigation, law enforcement officers contacted the lessee of the apartment at the front door. While standing at the front door of Apartment 910, law enforcement

officers observed Teshae Hanna standing in the bedroom wearing only underwear and attempting to get dressed. Law enforcement officers then entered the apartment and arrested Teshae Hanna. During the arrest and while in the bedroom, Teshae Hanna asked the officers to grab his jacket, shoes, money, and three cellular phones.

7. A police officer spoke to the lessee of Apartment 910, and the lessee provided law enforcement officers with consent to search the apartment.

8. During the search, law enforcement officers located a clear plastic bag on the floor in the bedroom. Closer examination of the clear plastic bag revealed that it contained two clear plastic bags with suspected heroin and with suspected cocaine. Officers also located a silver-over-black Kahr Model CW40 .40 caliber semi-automatic handgun bearing serial number FF1315 underneath the mattress in the same bedroom. An officer later performed a field test on the suspected heroin, which tested positive for opiates and fentanyl for a total weight of 1.0 gram, and a field test on the suspected cocaine, which tested positive for cocaine with a total weight of 3.0 grams. I am aware that the bedroom where the suspected drugs and firearm were located in was the same as the bedroom in which Teshae Hanna was arrested and where his clothing, money, and three cellular phones were located. Based upon training, experience, and the investigation to date, including the weight of the cocaine and the lack of instruments used to ingest it, case agents believe that the cocaine recovered from the bedroom where Teshae Hanna was arrested was for street-level distribution and not personal use.

9. On November 28, 2020, Teshae Hanna was charged in Milwaukee County Case No. 2020CF004203 with possession of a firearm after being adjudicated delinquent, bail jumping, possession with intent to distribute cocaine, and possession of narcotic drugs.

10. On March 15, 2021, officers of the Milwaukee Police Department on routine patrol observed Teshae Hanna get out of a stopped black Toyota RAV4, while holding a black Glock pistol, and run toward the McDonalds located at 7112 North 76th Street, Milwaukee, Wisconsin. When Teshae Hanna returned to the vehicle, he did not appear to have a firearm. Officers then located Raymond J. Colon (DOB: ▮ 2000), who was dead, in the front seat of the black Toyota RAV4.

11. Officers recovered a Glock pistol bearing serial number XMW834 with an attached conversion device, which converts the firearm from semi-automatic to fully-automatic, from the trashcan outside of the McDonalds located at 7112 North 76th Street, Milwaukee, Wisconsin. Officers obtained surveillance video from the McDonalds, which showed Teshae Hanna discard the Glock pistol bearing serial number XMW834 in a trashcan outside of the McDonalds.

12. During an interview with officers, Teshae Hanna said that they had been shot at by people in a vehicle, who had been following them.

13. On March 18, 2021, case agents obtained a photograph of the Glock pistol bearing serial number XMW834 with the attached conversion device. That pistol with the conversion device is consistent with Glock handguns with conversion devices, which I observed on Teshae Hanna's Instagram account "_teshae" on March 14, 2021. The screenshot, which is copied below, taken on March 14, 2021 from the "_teshae" Instagram page depicted eight firearms lying on a

4

wood floor. Three of the firearms appear to be Glock handguns with conversion devices affixed to the back plate of the handgun. These conversion devices have the ability convert a semi-automatic firearm into a fully-automatic firearm, allowing the firearm to fire multiple rounds of ammunition with a single pull of the trigger, consistent with the definition of a "machinegun" as defined in 18 U.S.C. § 921(a)(23) and 26 U.S.C. § 5845(b).



5

14. A photograph of the Glock handgun with the conversion device recovered from the McDonald's on March 15, 2021 is provided below.



15. On March 16, 2021, a police officer of the Milwaukee Police Department test fired the Glock pistol bearing serial number XMW834 with the attached conversion device. The officer observed the conversion device attached to the rear back plate of the firearm, consistent with a machinegun. The officer loaded two unfired cartridges into the firearm and conducted a single pull of the trigger. Both cartridges discharged with the single pull of the trigger—in accordance with the definition of a "machinegun" as defined in 18 U.S.C. § 921(a)(23) and 26 U.S.C. § 5845(b).

16. I also know that a "machinegun" is a firearm subject to the National Firearms Act, which must be registered in the National Firearms Registration and Transfer Record. Based on records maintained by the ATF, Teshae Hanna was not registered to possess a machinegun as of the date of the offense.

## **CONCLUSION**

17. Based on the information above, I submit that there is probable cause to believe that Teshae Hanna has violated 18 U.S.C. § 922(o) (unlawful possession of an unregistered machinegun) and 26 U.S.C. §§ 5861(c) and 5845(b) (possession of a firearm made in violation of the National Firearms Act).

7

Case 2:21-cr-00214-JPS-NJ   Filed 09/30/21   Page 8 of 8   Document 1