# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| | on Criminal Complaint |
| v. | |
| **TESHAE HANNA** | CASE NUMBER **21-mj-994** |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Liberty |
| Deputy Clerk: Linda M. Zik | Hearing Began: 3:02:51 p.m. |
| Hearing Held: October 7, 2021 at 3:00 p.m. | Hearing Ended: 3:53:17 p.m. |

**Appearances:**

UNITED STATES OF AMERICA by: Philip Thomas Kovoor
TESHAE HANNA, in person, and by: Anderson M. Gansner        ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Joshua Hanzlik
INTERPRETER: ☑ None ☐ Sworn

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
    ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties, and fines
☑ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☑ **Preliminary Hearing set for October 21, 2021 at 9:00 a.m.**

Maximum Penalties:

10 years Imprisonment; $250,000 Fine; 5 years Supervised Release; $100.00 Special Assessment

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

TESHAE HANNA                                                              21-mj-994

**Bond Status: Parties and the Court have the Pretrial Services bond study**

GOVT argues for detention (danger to community and risk of flight)
- Asks court to follow recommendation of Pretrial Services for detention
- Failure to appear
- Criminal history
- Has missed hearings and violated conditions of his release
- Has possessed firearms despite being court ordered not to by the State court
- Unexplained wealth
- Currently unemployed
- Was wearing a $10,000 Rolex watch when arrested
- Has been engaging in COVID fraud
- Abuses controlled substances
- When arrested yesterday; he said he had been smoking marijuana, and had been popping Percocet pills when posting on Instragram live
- Dates in the pretrial bond study are not accurate with the investigation, which indicates he is not being truthful
- He has resources to flee and ties to Texas
- He is not federally prohibited from possessing a firearm, but he still did possess them knowing investigators were tracking him
- February 2021 – investigation began due to Wild 100's and Ghetto Boys Click gangs to stem the violence between them
- Case was brought now due to concerns about retribution after the death of an acquaintance

DEFT argues for release
- He is 22 years old
- He has never been convicted of a felony
- Some State juvenile convictions
- 1 adult misdemeanor conviction
- Has 3 pending State cases
- Flight risk
-     2016 case – no indication he missed State court appearances
-     Made all court appearances except one Zoom hearing in August due to a storm and power going out
-     He retained a lawyer in his State cases
-     Posted $20,000 cash for release; is making sure his family does not lose this money
-     He knew he was being investigated but did not know that federal charges were brought against him
-     He was arrested in the evening in Beloit, WI yesterday
-     No drugs were found on him when arrested
- Addresses the possession of the weapon in this case; threw it away for his acquaintance that had been murdered

- Danger to the community
-     No convictions for being violent
-     Threatening comments made on social media were made when he was grieving, but no actions have been taken on those words
- He has been living in Beloit with his grandmother to get out of Milwaukee
- Proposes
-     GPS monitoring - being housebound
-     Live with grandmother
-         She is ill going through chemotherapy; he helps around the house
- Govt has not meet its burden with either prong of risk of flight or danger to the community

PTS
- Recommends detention due to both danger to community and risk of flight; he scored a 5 on risk assessment
- 3 pending firearms cases; not following conditions
- Lack of education
- Lack of employment
- Completed 10th grade
- Substance abuse – he said he is addicted to Percocet for which he does not have a prescription
- Number of arrests related to his age were a consideration
- Has pending case in Irving, TX – a misdemeanor case

GOVT
- Cannot get straight information from the defendant; as to missing August court date he did not say anything about a power outage at the time of his Zoom hearing yesterday in State court
- As to posting of significant amount of money for bond; source of money is questionable given documents of him stealing thousands of dollars for COVID relief
- He represented to the court yesterday that he was going to go to Texas to be with his mother and that he had a flight booked to leave Friday
- Failure to accurately report his drug use – he is seen on video popping Percocet pills
- The third firearm case in May 2021 has nothing to do with a gun found in a group of people as he reports; it was pulled off of his person out of his waistband

DEFT
- Counsel confirmed the family did post the money
- Deft is interested in drug treatment
- He has been shot himself
- Proffered living with grandmother in Beloit due to these new charges instead of going to Texas

GOVT
- Addresses the "loose talk" about retribution not being serious: defense counsel has not seen the evidence; video shows deft pointing a gun with a laser at houses

COURT
- Brother and acquaintance shot and killed
- Been shot himself several times
- Since age 15 there is a steady stream of arrests indicating he has been angry
- Three gun cases
- Seems he is lucky he is alive today

DEFT
- Since his last arrest he has been trying to avoid firearms
- A firearm was not found on him when he was arrested

COURT
- Is a danger to the community; govt met its burden


DEFENDANT IS ORDERED DETAINED PENDING TRIAL