UNITED STATES OF AMERICA, 2021 OCT 19 P 12: 10

 Plaintiff,

v.                                          Case No. 21-CR- **21-CR-214**

TESHAE K. HANNA,                            [18 U.S.C. §§ 922(o) and 924(a)(2)]

 Defendant.

---

## INDICTMENT

---

### THE GRAND JURY CHARGES THAT:

On or about March 15, 2021, in the State and Eastern District of Wisconsin,

### TESHAE K. HANNA

knowingly possessed a machinegun, that is, a Glock 17 Gen4 9mm pistol bearing serial number

XMW834 with a machinegun conversion device.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL

Dated: _10/14/2021_

RICHARD G. FROHLING
Acting United States Attorney

1